NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE N. BETETA,<br><br>  Petitioner,<br><br> vs.<br><br>KEN CLARK, Warden,<br><br>  Respondent. | No. C 09-05325 JF (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on October 22, 2009, in the United States District Court for the Central District. On October 22, 2009, the clerk of the Court sent a notification to Petitioner that his In Forma Pauperis Application was deficient for several reasons. (Docket No. 5.) The matter was transferred to this Court on November 13, 2009.

In the interest of justice, the Court will extend the time for Petitioner to either pay the full filing fee or provide proof of payment or, in the alternative, file an in forma pauperis application using this court's form application. Petitioner must do so **no later than thirty (30) days** from the date this order is filed**.**

Order Granting Ext. Of Time
P:\PRO-SE\SJ.JF\HC.09\Beteta05325_eot-ifp.wpd               1

**Failure to comply with the Court's order in a timely manner will result in the dismissal of the case without prejudice for failure to pay the filing fee.**

The clerk shall enclose two copies of this court's <u>in</u> <u>forma</u> <u>pauperis</u> application with a copy of this order to Petitioner.

IT IS SO ORDERED.

Dated: 3/1/10

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE N. BETETA,<br><br>        Petitioner,<br><br>v.<br><br>KEN CLARK, Warden,<br><br>        Respondent.     / | Case Number: CV09-05325 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  3/2/10 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose N. Beteta CDC F-07006
CSATF/Corcoran State Prison
P O Box 5246
Corcoran, CA 93212

Dated: 3/2/10

                                              Richard W. Wieking, Clerk